**Order entered August 26, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00336-CR
No. 05-20-00482-CR

**DALTON LAMONT CROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-45539-J & F18-59761-J**

## ORDER

The reporter's record was due on June 30, 2020. When it was not filed, we notified court reporter Kimberly Xavier by postcard dated July 7, 2020 and directed her to file the reporter's record by August 6, 2020. To date, the record has not been filed and we have had no further communication from Ms. Xavier regarding these appeals.

We **ORDER** court reporter Kimberly Xavier to file the complete reporter's record in these appeals within **TWENTY DAYS OF THE DATE OF THIS ORDER.** We caution Ms. Xavier that the failure to do so will result in the Court taking whatever action it deems appropriate to ensure that these appeals proceed in a more timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, court reporter, Criminal District Court No. 3; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE